# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Jacqueline Teeter,

        Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                           3:12cv190-GCM

Michael J. Astrue,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 6, 2012 Order.

Signed: November 6, 2012

Frank G. Johns, Clerk
United States District Court